# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

FILED LAL

JAN 1 8 2006

December 14, 2005

MICHAEL W. DOBBINS
CLERK, U.S. DISTRICT COURT

CERTIFIED COPY

06C 0271

JUDGE ANDERSEN

Before

Hon. WILLIAM J. BAUER, Circuit J

| | | |
|---|---|---|
| NATIONAL LABOR RELATIONS BOARD,<br>Petitioner, | ] <br> ] <br> ] | Application for Enforcement<br>of an Order of the National<br>Labor Relations Board |
| No. 04-3672     v. | ] | |
| | ] | No. 13-CA-40481    MAGISTRATE JUDGE<br>GERALDINE SOAT BROWN |
| CONVERGENCE COMMUNICATIONS,<br>INCORPORATED,<br>Respondent. | ] <br> ] <br> ] <br> ] <br> ] <br> ] | Application for Enforcement<br>of an Order of the National<br>Labor Relations Board<br><br>No. 13-CA-40308 |

Upon consideration of the **APPLICATION FOR SUMMARY ENTRY OF A JUDGMENT ENFORCING A SUPPLEMENTAL ORDER OF THE NATIONAL LABOR RELATIONS BOARD**, filed on October 18, 2004, by counsel for the petitioner,

**IT IS ORDERED** that the application is **GRANTED**. The supplemental order of the NLRB is **ENFORCED**.

A True Copy:
Teste:

_____
Clerk of the United States
Court of Appeals for the
Seventh Circuit

04-3672

UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

FILE COPY

U.S.C.A. – 7th Circuit
RECEIVED
OCT 18 2004 JAD

GINO J. AGNELLO
CLERK

NATIONAL LABOR RELATIONS BOARD )
)
Petitioner )
)
v. )
)
CONVERGENCE COMMUNICATIONS, INC. )
)
Respondent )
)

U.S.C.A. – 7th Circuit
FILED
DEC 14 2005 KH
GINO J. AGNELLO
CLERK

## JUDGMENT ENFORCING A SUPPLEMENTAL ORDER OF THE NATIONAL LABOR RELATIONS BOARD

Before:

This Court having on January 30, 2004, in No. 03-3700, entered its judgment enforcing in full the Order of the National Relations Board in Board Case Nos. 13-CA-40308, and 13-CA-40481, the Board on August 31, 2004, issued its Supplemental Decision and Order fixing the amount due and having thereafter applied to this Court for summary entry of a judgment specifying the amount due:

IT IS HEREBY ORDERED AND ADJUDGED by the Court that the Respondent, Convergence Communications, Inc., Burr Ridge, Illinois, its officers, agents, successors, and assigns, shall make whole the parties named below, by paying them the amounts following their names, with interest to be computed in the manner prescribed in *New Horizons for the Retarded*, 283 NLRB 1173 (1987),

2

minus tax withholdings on the backpay due the discriminatee required by Federal and State laws:

| | |
|---|---|
| Miller, Greg | $5,954.51 |
| Scarborough Alliance Corporation [Greg Miller 401(k)] | $ 478.80 |
| Scarborough Alliance Corporation [Robert Kosowski 401(k)] | $2,132.69 |
| TOTAL | $8,566.00 |

*[signature]*

Judge, United States Court of
Appeals for the Seventh Circuit