# United States District Court, Northern District of Illinois

| **Name of Assigned Judge or Magistrate Judge** | Wayne R. Andersen | **Sitting Judge if Other than Assigned Judge** | |
|---|---|---|---|
| **CASE NUMBER** | 6 C 271 | **DATE** | 10/19/2006 |
| **CASE TITLE** | NLRB vs. Convergence Communications | | |

**DOCKET ENTRY TEXT**

Motion to terminate garnishment [15] is granted.

Docketing to mail notices.

| | Courtroom Deputy Initials: | TSA |
|---|---|---|